**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2461**

BANK OF AMERICA, NA,

        Plaintiff - Appellee,

    v.

NELSON L. BRUCE,

        Defendant - Appellant,

    and

SOUTH CAROLINA HOUSING TRUST FUND; CHARLESTON AREA CDC; SC HOUSING CORP; CAPITAL RETURN INVESTMENTS LLC; REMINISCE HOMEOWNERS ASSOCIATION INC.,

        Defendants.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:17-cv-02617-RMG)

Submitted: April 25, 2019            Decided: April 29, 2019

Before QUATTLEBAUM, Circuit Judge, and TRAXLER, Senior Circuit Judge.[*]

---

[*] Judge Floyd did not participate in the consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2012).

Affirmed by unpublished per curiam opinion.

Nelson L. Bruce, Appellant Pro Se. Shannon Troutman Sinai, ALBERTELLI LAW, Tampa, Florida, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nelson L. Bruce appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion seeking vacatur of the court's prior order adopting the recommendation of the magistrate judge and remanding this foreclosure proceeding to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bank of Am., NA v. Bruce*, No. 2:17-cv-02617-RMG (D.S.C. Nov. 26, 2018). We deny Bruce's motion to compel arbitration and for a temporary administrative stay and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*